IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CORY NAROG, | ) | |
| | ) | |
| Petitioner, | ) | No. C-09-1696-MMC |
| | ) | CONTINUING |
| vs. | ) | ORDER ~~TO CONTINUE~~ HEARING |
| | ) | |
| CALVIN REMMINGTON, Chief, | ) | Date: August 21, 2009 |
| San Mateo County Probation | ) | Time: 9:00 a.m. |
| Department, | ) | Courtroom 7 |
| | ) | Judge: The Hon. Maxine M. Chesney |
| Respondent. | ) | |

Pursuant to stipulation by and between Peggy S. Ruffra, Supervising Deputy

Attorney General, and Andrew Parnes, Attorney for Petitioner Cory Narog,

IT IS HEREBY ORDERED that the hearing on the Motion to Dismiss Habeas

Corpus Petition for Failure to Exhaust State Remedies in the above entitled matter,

presently set for July 31, 2009, at 9:00 a.m., be continued to August 21, 2009, at 9:00 a.m.

DATED:  July  28 , 2009.

Maxine M. Chesney
United States District Judge

ORDER TO CONTINUE HEARING