IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG, | No. C 09-1696 MMC |
| Petitioner, | **ORDER DIRECTING RESPONDENT TO SUPPLEMENT RECORD** |
| v. | |
| CALVIN REMMINGTON, | |
| Respondent. / | |

Before the Court is petitioner Cory Narog's First Amended Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254. The matter has been fully briefed.

The Court, having reviewed the matter, notes that the transcript of the trial proceedings provided by respondent is incomplete. Specifically, the transcript is missing the following pages: 36, 64, 162, 196, 198, 253, 272-74, 342, and 345.

Accordingly, respondent is hereby DIRECTED to file, no later than May 14, 2010, a supplement to the record consisting of the above-referenced pages, or a statement indicating why it should not be required to do so.

**IT IS SO ORDERED.**

Dated: April 26, 2010

MAXINE M. CHESNEY
United States District Judge