IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORY NAROG,

        Petitioner,

  v.

CALVIN REMINGTON,

        Respondent.
                                      /

No. CV-09-1696 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** The First Amended Petition is hereby DENIED.

Dated: June 24, 2010                                                Richard W. Wieking, Clerk

                                                                        *Tracy Lucero*

                                                                        By: <u>Tracy Lucero</u>
                                                                        <u>Deputy Clerk</u>