IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CALVIN REMMINGTON,<br><br>　　　　Respondent.　　　　　　　　　／ | No. C 09-1696 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT** |

　　　　Before the Court is petitioner Cory Narog's Motion to Alter or Amend the Judgment Pursuant to FRCP 59(e), filed July 6, 2010.

　　　　The Court hereby sets the following briefing schedule on the motion:

　　　　1. No later than August 13, 2010, respondent shall file his response.

　　　　2. No later than August 27, 2010, petitioner shall file any reply.

　　　　3. As of August 27, 2010, unless the parties are otherwise advised, the Court will take the matter under submission.

　　　　**IT IS SO ORDERED.**

Dated: July 28, 2010　　　　　　　　　　　　　　　　/s/ Vaughn R Walker
　　　　　　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER for
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge