| | |
|---|---|
| 1 | Robert F. Schwartz, SBN 227327 |
|  | rschwartz@truckerhuss.com |
| 2 | Michelle L. Schuller, SBN 255787 |
|  | mschuller@truckerhuss.com |
| 3 | TRUCKER ✦ HUSS |
|  | A Professional Corporation |
| 4 | 100 Montgomery Street, 23rd Floor |
|  | San Francisco, California 94104 |
| 5 | Telephone:    (415) 788-3111 |
|  | Facsimile:     (415) 421-2017 |

Attorneys for Defendant
Charles Schwab & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. GOLDMAN, | Case No. C:10-01470 MMC |
| Plaintiff, | **NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CHARLES SCHWAB & CO., INC., A CALIFORNIA CORPORATION, | AND ORDER THEREON |
| Defendant. | |

The parties to this action executed a written settlement agreement (the "Agreement") on November 4, 2010, pursuant to which the parties will file a dismissal with prejudice of this action within the next two weeks provided that certain conditions required by the Agreement are satisfied. The parties therefore respectfully request that the Court continue for 30 days the Case Management Conference, which is currently scheduled for Friday, November 12.

DATED: November 4, 2010

              TRUCKER ✦ HUSS

            By: /s/ Robert F. Schwartz
              Robert F. Schwartz, Attorneys for Defendant
              Charles F. Schwab & Co., Inc.

NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT AND REQUEST TO CONTINUE MANAGEMENT CONFERENCE; Case No. C:10-01470 MMC
#1122251

1

DATED: November 4, 2010

/s/Russell Leibson
Russell Leibson, Attorneys for Plaintiff
Charles G. Goldman

I attest that my firm has obtained Mr. Leibson's concurrence in the filing of this document.

DATED:  November 4, 2010

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz, Attorneys for Defendant
Charles Schwab & Co., Inc.

IT IS SO ORDERED.  Specifically, the Case Management Conference is CONTINUED to December 10, 2010.  A Joint Case Management Statement shall be filed no later than December 3, 2010.

DATED:  November 5, 2010

_____
Honorable Maxine M. Chesney
United States District Judge

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94404

NOTICE OF EXECUTION OF SETTLEMENT AGREEMENT AND REQUEST TO CONTINUE MANAGEMENT CONFERENCE; Case No. C:10-01470 MMC
#1122251

2