IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>    Petitioner,<br><br>  v.<br><br>CALVIN REMMINGTON,<br><br>    Respondent. | No. C 09-1696 MMC<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

    Before the Court is petitioner Cory Narog's "Motion for Extension of Time to File Notice of Appeal Pursuant to FRAP 4(5)," filed November 9, 2010. Having read and considered the motion,[1] the Court rules as follows.

    Excusable neglect and good cause having been shown for the relief requested, the motion is hereby GRANTED. See Fed. R. App. P. 4(a)(5)(A). Because the notice of appeal has been filed by the Clerk of the Court (see Document No. 31, Attachment 1), petitioner need not take any additional steps to file the notice of appeal.

**IT IS SO ORDERED.**

Dated: November 12, 2010

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] Petitioner represents that respondent is not opposed to the motion.